Anthony Boskovich, No. 121198
Boskovich & Appleton
28 N. First Street, 6th Floor
San Jose, California 95113

408-286-5150
policemisconduct@compuserve.com

Attorney for plaintiff ALEKSANDR BINKOVICH

# IN THE DISTRICT COURT OF THE UNITED STATES OF AMERICA

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| ALEKSANDR BINKOVICH,<br>       *Plaintiff,*<br>v.<br>OFFICER BARTHELMY, BADGE NO. 4066;<br>OFFICER GROHNDAHL, BADGE NO. 4072;<br>OFFICER PANIGHETTI, BADGE NO. 3974;<br>OFFICER T. CRAIG, BADGE NO. 3105;<br>OFFICER JACOB, BADGE NO. 3150;<br>OFFICER BOLLENDORF, BADGE NO. 3212;<br>JOHN DOE and RICHARD ROE, individually<br>and in their capacities as San Jose police officers,<br>the true names and exact numbers of whom are<br>unknown at this time; CITY OF SAN JOSE, a<br>municipal corporation; DOES 1 to 20,<br>       *Defendants.* | No. CV 11-03774 JSW<br><br>STIPULATION AND<br>[~~PROPOSED~~] ORDER |

  Upon request of the Court, the parties have met and conferred regarding assignment to a magistrate judge for all purposes. The parties, having reached an agreement, are willing to stipulate to Paul S. Grewal for all purposes provided that he agree to retain the case should he be appointed

//

//

//

Stipulation and [~~Proposed~~] Order                                            Page 1

as a United States District Court judge.

Dated: 17 April 2012

                                          /s/ Anthony Boskovich
                                          _____
                                               Anthony Boskovich
                                             Attorney for plaintiff

                                          /s/ Christian B. Nielsen
                                          _____
                                             Christian B. Nielsen
                                             Attorney for defendants

**IT IS SO ORDERED.**

_____
Judge of the United States District Court

_____
Honorable Paul S. Grewal
Magistrate Judge of the United States District Court

Boskovich & Appleton 28 North First Street, 6th Floor, San Jose, CA 95113 (408) 286-5150

Stipulation and [Proposed] Order                     Page 2