UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ALEXSANDR BINKOVICH,               )<br>                                                       )<br>                          Plaintiff,       )<br>             v.                                    )<br>                                                       )<br>OFFICER BARTHELMY, BADGE NO.  )<br>4066, ET AL.,                                   )<br>                                                       )<br>                          Defendants.   )<br>_____ ) | Case No.: C 11-3774 PSG<br><br>**CASE MANAGEMENT ORDER** |

On May 1, 2012, the parties appeared before Magistrate Judge Paul S. Grewal for a case management conference. Based on the parties' Joint Case Management Statement and the discussions held at the case management conference,[1]

IT IS HEREBY ORDERED that the deadline for joinder of any additional parties, or other amendments to the pleadings, is sixty days after entry of this order.

IT IS FURTHER ORDERED that the presumptive limits on discovery set forth in the Federal Rules of Civil Procedure apply.

IT IS FURTHER ORDERED that the parties are excused from ADR until further discovery

---

[1] Based on reassignment of the case from Judge White to the undersigned, this case management order supersedes the dates set forth in the civil minute order dated April 16, 2012. *See* Docket No. 26. All previously scheduled dates are vacated.

Case No. C 11-03774 PSG
CASE MANAGEMENT ORDER

1  is completed.

2      IT IS FURTHER ORDERED that the following schedule shall apply to this case:

3      Fact Discovery Cutoff . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . September 20, 2012

4      Designation of Opening Experts with Reports . . . . . . . . . . . . . . . . . . . . . . . October 22, 2012

5      Designation of Rebuttal Experts with Reports . . . . . . . . . . . . . . . . . . . . . . . November 5, 2012

6      Expert Discovery Cutoff . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . November 21, 2012

7      Deadline(s) for Filing Discovery Motions . . . . . . . . . . . . . . . . . . . . . *See* Civil Local Rule 37-3

8      Last Day for Dispositive Motion Hearing[2] . . . . . . . . . . . . . . 10:00 a.m. on January 15, 2013

9      Final Pretrial Conference . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2:00 p.m. on March 4, 2013

10     Trial . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9:30 a.m. on March 18, 2013

11     IT IS FURTHER ORDERED that the parties shall comply with the Standing Order for Civil

12 Practice in Cases Assigned for All Purposes to Magistrate Judge Paul S. Grewal (Dec. 2010), a copy

13 of which is available from the Clerk of the Court,[3] with regard to the timing and content of the Joint

14 Pretrial Statement, and all other pretrial submissions.

15 Dated: 5/3/2012

16                                                PAUL S. GREWAL

17                                               United States Magistrate Judge

---

[2]    This is the last date for *hearing* dispositive motions. Any such motions must be noticed in compliance with Civil Local Rule 7-2(a).

[3]    A copy of Judge Grewal's standing order is also available on the court's website at www.cand.uscourts.gov by clicking first on the "Judges" button, then on Judge Grewal's name, then on the link for "Magistrate Judge Grewal's Standing Orders," and finally on the link for "Judge Grewal's Civil Standing Order."

Case No. C 11-03774 PSG
CASE MANAGEMENT ORDER

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Case No. C 11-03774 PSG
CASE MANAGEMENT ORDER