UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| ALEXANDER BINKOVICH | ) | Case No. 5:11-cv-3774-PSG |
|---|---|---|
| Plaintiff, | ) | **ORDER ON MOTIONS-IN-LIMINE** |
| v. | ) | |
| OFFICER BARTHELMY, BADGE NO. 4066, *et al*, | ) | **(Re: Docket Nos. 47, 49, 50)** |
| Defendants. | ) | |

Earlier today, the parties appeared for a pretrial conference on these motions. In the interest of clarity, the court now summarizes the rulings it issued during the hearing.

| Docket | Document | Seeking To Exclude | Result |
|---|---|---|---|
| 47 | Defendants' Motions-In-Limine | Evidence of complaints against defendant officers | DENIED |
| | | Evidence of lack of criminal prosecution | GRANTED, except for purposes of proving attorney's fees for damages |
| | | Evidence of internal affairs investigation files | DENIED |
| | | Exclude evidence of witness' misdemeanor conviction | GRANTED |
| | | Exclude witnesses from the courtroom | GRANTED |

1

Case No. 5:11-cv-3774-PSG
ORDER ON MOTIONS-IN-LIMINE

| | | | |
|---|---|---|---|
| 49 | Plaintiff's Motion-In-Limine No. 1 | Evidence of prior arrests or misdemeanors | GRANTED, unless the door is opened or evidence is specifically permitted under Fed. R. Evid. 609(a)(2). |
| 50 | Plaintiff's Motion-In-Limine No. 2 | Characterizations as a bachelor party and/or strippers | GRANTED with respect to the words "stripper(s)," "hooker(s)," "bachelor party," and gendered descriptions of the two female guests; otherwise DENIED. |

**IT IS SO ORDERED.**

Dated: April 8, 2014

*[signature]*
PAUL S. GREWAL
United States Magistrate Judge

2

Case No. 5:11-cv-3774-PSG
ORDER ON MOTIONS-IN-LIMINE