UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ALEKSANDR BINKOVICH, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> OFFICER BARTHELMY, et al., ) <br> ) <br> Defendants. ) <br> ) | Case No. 5:11-cv-03774-PSG <br><br> **[PROPOSED] VERDICT FORM** |

**IT IS SO ORDERED.**

Date: April 18, 2014

                                                Paul S. Grewal
                                                United States Magistrate Judge

1

Case No. 5:11-cv-03774-PSG
[PROPOSED] VERDICT FORM

**SECTION 1:  42 U.S.C. § 1983**
VIOLATION OF FOURTH AMENDMENT – UNREASONABLE SEIZURE WITHOUT PROBABLE CAUSE

We, the jury, unanimously answer the Questions submitted to us as follows:

1-A.  Did any individual defendant intentionally seize Aleksandr Binkovich?

    i.  Bruce Barthelemy:        Yes _____   No _____

    ii.  Louis Grondahl:           Yes _____   No _____

    iii.  Michael Panighetti:     Yes _____   No _____

    iv.  Terry Craig:              Yes _____   No _____

    v.  Jason Bollendorf:          Yes _____   No _____

If your answer to Question 1-A as to any defendant is "Yes," then answer Question 1-B for that defendant but for no others.
If you answered "No" to all defendants, go to Section 2.

1-B.  Did the defendant have a reasonable suspicion that Binkovich was engaged in criminal conduct?

    i.  Bruce Barthelemy:        Yes _____   No _____

    ii.  Louis Grondahl:           Yes _____   No _____

    iii.  Michael Panighetti:     Yes _____   No _____

    iv.  Terry Craig:              Yes _____   No _____

    v.  Jason Bollendorf:          Yes _____   No _____

If your answer to Question 1-B as to any defendant is "Yes," then answer Question 1-C.
If you answered "No" to all defendants, go to Section 2.

1-C.  Was either the length or the scope of the seizure unreasonable?

    Yes _____  No _____

**GO TO SECTION 2.**

## SECTION 2:  42 U.S.C. § 1983
VIOLATION OF FOURTH AMENDMENT – EXCESSIVE FORCE BY INDIVIDUAL DEFENDANTS

We, the jury, unanimously answer the Questions submitted to us as follows:

2-A. Did any defendant use excessive force against Binkovich?

    i. Bruce Barthelemy:    Yes _____   No _____

    ii. Louis Grondahl:    Yes _____   No _____

    iii. Michael Panighetti:    Yes _____   No _____

    iv. Terry Craig:    Yes _____   No _____

    v. Jason Bollendorf:    Yes _____   No _____

If your answer to Question 2-A as to any defendant is "Yes," then answer Question 2-B for that defendant but for no others.
If you answered "No" to all defendants, go to Section 3.

2-B. Was Binkovich harmed by any defendant's excessive force?

    i. Bruce Barthelemy:    Yes _____   No _____

    ii. Louis Grondahl:    Yes _____   No _____

    iii. Michael Panighetti:    Yes _____   No _____

    iv. Terry Craig:    Yes _____   No _____

    v. Jason Bollendorf:    Yes _____   No _____

If your answer to Question 2-B as to any defendant is "Yes," then answer Question 2-C.
If you answered "No" to all defendants, go to Section 3.

2-C. Was any defendant's conduct a substantial factor in causing harm to Binkovich?

    i. Bruce Barthelemy:    Yes _____   No _____

    ii. Louis Grondahl:    Yes _____   No _____

    iii. Michael Panighetti:    Yes _____   No _____

    iv. Terry Craig:    Yes _____   No _____

    v. Jason Bollendorf:    Yes _____   No _____

**GO TO SECTION 3.**

Case No. 5:11-cv-03774-PSG
[PROPOSED] VERDICT FORM

**SECTION 3:  42 U.S.C. § 1983**
PUBLIC ENTITY LIABILITY – POLICY, PRACTICE, OR CUSTOM

We, the jury, unanimously answer the Questions submitted to us as follows:

   3-A. We, the jury, have answered Yes" to one or more subparts of the following questions:

      i.	_____ Question 1-C (§ 1983 – Unreasonable Seizure)

      ii.	_____ Question 2-C (§ 1983 – Excessive Force)

If you checked any question under Question 3-A, then answer Question 3-B.
If not, **stop here, answer no further questions, and have the foreperson sign and date this form.**

   3-B. In seizing and/or using excessive force against Binkovich, was any defendant acting pursuant to an expressly adopted official policy or longstanding practice or custom of the City of San Jose?

      Yes \_\_\_\_\_ No \_\_\_\_\_

If your answer to Question 3-B is "Yes," then answer Question 3-C.
If your answer to Question 3-B is "No," go to Section 4.

   3-C. Was the City of San Jose's policy or custom the moving force behind a deprivation of Binkovich' Fourth Amendment rights?

      Yes \_\_\_\_\_ No \_\_\_\_\_

**GO TO SECTION 4.**

4

Case No. 5:11-cv-03774-PSG
[PROPOSED] VERDICT FORM

## SECTION 4: DAMAGES

We, the jury, unanimously answer the Questions submitted to us as follows:

    4-A. What is the total amount of damages, if any, suffered by Binkovich? Do not award duplicate damages for the same harm suffered from multiple claims.

        $ _____

    4-B. Did Binkovich use reasonable efforts to mitigate his damages?

        Yes \_\_\_\_\_ No \_\_\_\_\_

If your answer to Question 4-B is "No," then answer Question 4-C.
If your answer to Question 4-B is "Yes," go to Question 4-D.

    4-C. How much of Binkovich' damages could have been mitigated by Binkovich' reasonable efforts?

        $ _____

    4-D. We, the jury, have answered "Yes" to one or more of the following questions with respect to the following defendants:

        i. Question 1-C (§ 1983 – Unreasonable Seizure)

            \_\_\_\_\_ Bruce Barthelemy

            \_\_\_\_\_ Louis Grondahl

            \_\_\_\_\_ Michael Panighetti

            \_\_\_\_\_ Terry Craig

            \_\_\_\_\_ Jason Bollendorf

        ii. Question 2-C (§ 1983 – Excessive Force)

            \_\_\_\_\_ Bruce Barthelemy

            \_\_\_\_\_ Louis Grondahl

            \_\_\_\_\_ Michael Panighetti

            \_\_\_\_\_ Terry Craig

            \_\_\_\_\_ Jason Bollendorf

**United States District Court**
For the Northern District of California

If you checked any question for any defendant under Question 4-D, go to Question 4-E and answer as to each of the officers whom you checked.
If not, **stop here, answer no further questions, and have the foreperson sign and date this form**.

    4-E.  Did the officer(s) engage in malice, oppression, or in reckless disregard of Binkovich' rights with respect to any of the claims that you checked in Question 4-D?

        i.  Bruce Barthelemy:  Yes _____  No _____

        ii.  Louis Grondahl:  Yes _____  No _____

        iii.  Michael Panighetti:  Yes _____  No _____

        iv.  Terry Craig:  Yes _____  No _____

        v.  Jason Bollendorf:  Yes _____  No _____

If you checked "Yes" for any defendant under Question 4-E, then answer Question 4-F as to that defendant only.
If not, **stop here, answer no further questions, and have the foreperson sign and date this form.**

    4-F.  What amount, if any, do you award in punitive damages?

        Bruce Barthelemy:  $ _____

        Louis Grondahl:  $ _____

        Michael Panighetti:  $ _____

        Terry Craig:  $ _____

        Jason Bollendorf:  $ _____

**Have the foreperson sign and date this form.**

Signed: _____  Dated: _____

6

Case No. 5:11-cv-03774-PSG
[PROPOSED] VERDICT FORM