1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ALEKSANDR BINKOVICH, | ) Case No. 5:11-cv-03774-PSG |
| | ) |
| Plaintiff, | ) **[SECOND PROPOSED]** |
| v. | ) **VERDICT FORM** |
| | ) |
| OFFICER BARTHELMY, et al., | ) |
| | ) |
| Defendants. | ) |
| | ) |

**IT IS SO ORDERED.**

Date: April 21, 2014

_____
Paul S. Grewal
United States Magistrate Judge

**SECTION 1:  42 U.S.C. § 1983**
VIOLATION OF FOURTH AMENDMENT – UNREASONABLE SEIZURE WITHOUT PROBABLE CAUSE

We, the jury, unanimously answer the Questions submitted to us as follows:

    1-A.  Did any individual defendant intentionally seize Aleksandr Binkovich?

        i.   Bruce Barthelemy:      Yes _____  No _____

        ii.  Louis Grondahl:       Yes _____  No _____

        iii. Terry Craig:          Yes _____  No _____

If your answer to Question 1-A as to any defendant is "Yes," then answer Question 1-B for that defendant but for no others.
If you answered "No" to all defendants, go to Section 2.

    1-B.  Did the defendant have a reasonable suspicion that Binkovich was engaged in criminal conduct?

        i.   Bruce Barthelemy:      Yes _____  No _____

        ii.  Louis Grondahl:       Yes _____  No _____

        iii. Terry Craig:          Yes _____  No _____

If your answer to Question 1-B as to any defendant is "Yes," then answer Question 1-C.
If you answered "No" to all defendants, go to Section 2.

    1-C.  Was either the length or the scope of the seizure unreasonable?

        Yes _____ No _____

**GO TO SECTION 2.**

Case No. 5:11-cv-03774-PSG
[SECOND PROPOSED] VERDICT FORM

United States District Court
For the Northern District of California

**SECTION 2:  42 U.S.C. § 1983**
VIOLATION OF FOURTH AMENDMENT – EXCESSIVE FORCE BY INDIVIDUAL DEFENDANTS

We, the jury, unanimously answer the Questions submitted to us as follows:

    2-A. Did any defendant use excessive force against Binkovich?

        i.  Bruce Barthelemy:      Yes _____  No _____

        ii.  Louis Grondahl:       Yes _____  No _____

        iii.  Terry Craig:         Yes _____  No _____

If your answer to Question 2-A as to any defendant is "Yes," then answer Question 2-B for that defendant but for no others.
If you answered "No" to all defendants, go to Section 3.

    2-B. Was Binkovich harmed by any defendant's excessive force?

        i.  Bruce Barthelemy:      Yes _____  No _____

        ii.  Louis Grondahl:       Yes _____  No _____

        iii.  Terry Craig:         Yes _____  No _____

If your answer to Question 2-B as to any defendant is "Yes," then answer Question 2-C.
If you answered "No" to all defendants, go to Section 3.

    2-C. Was any defendant's conduct a substantial factor in causing harm to Binkovich?

        i.  Bruce Barthelemy:      Yes _____  No _____

        ii.  Louis Grondahl:       Yes _____  No _____

        iii.  Terry Craig:         Yes _____  No _____

**GO TO SECTION 3.**

United States District Court
For the Northern District of California

Case No. 5:11-cv-03774-PSG
[SECOND PROPOSED] VERDICT FORM

**SECTION 3:  42 U.S.C. § 1983**

PUBLIC ENTITY LIABILITY – POLICY, PRACTICE, OR CUSTOM

We, the jury, unanimously answer the Questions submitted to us as follows:

      3-A. We, the jury, have answered Yes" to one or more subparts of the following questions:

            i.        _____ Question 1-C (§ 1983 – Unreasonable Seizure)

            ii.       _____ Question 2-C (§ 1983 – Excessive Force)

If you checked any question under Question 3-A, then answer Question 3-B.
If not, **stop here, answer no further questions, and have the foreperson sign and date this form.**

      3-B. In seizing and/or using excessive force against Binkovich, was any defendant acting pursuant to an expressly adopted official policy or longstanding practice or custom of the City of San Jose?

            Yes _____ No _____

If your answer to Question 3-B is "Yes," then answer Question 3-C.
If your answer to Question 3-B is "No," go to Section 4.

      3-C.  Was the City of San Jose's policy or custom the moving force behind a deprivation of Binkovich' Fourth Amendment rights?

            Yes _____ No _____

**GO TO SECTION 4.**

Case No. 5:11-cv-03774-PSG
[SECOND PROPOSED] VERDICT FORM

*United States District Court*
*For the Northern District of California*

**SECTION 4: DAMAGES**

We, the jury, unanimously answer the Questions submitted to us as follows:

    4-A. What is the total amount of damages, if any, suffered by Binkovich? Do not award duplicate damages for the same harm suffered from multiple claims.

        $ _____

    4-B.  Did Binkovich use reasonable efforts to mitigate his damages?

        Yes _____ No _____

If your answer to Question 4-B is "No," then answer Question 4-C.
If your answer to Question 4-B is "Yes," go to Question 4-D.

    4-C.  How much of Binkovich' damages could have been mitigated by Binkovich' reasonable efforts?

        $ _____

    4-D. We, the jury, have answered "Yes" to one or more of the following questions with respect to the following defendants:

        i.   Question 1-C (§ 1983 – Unreasonable Seizure)

            _____ Bruce Barthelemy

            _____ Louis Grondahl

            _____ Terry Craig

        ii.  Question 2-C (§ 1983 – Excessive Force)

            _____ Bruce Barthelemy

            _____ Louis Grondahl

            _____ Terry Craig

If you checked any question for any defendant under Question 4-D, go to Question 4-E and answer as to each of the officers whom you checked.
If not, **stop here, answer no further questions, and have the foreperson sign and date this form**.

    4-E.  Did the officer(s) engage in malice, oppression, or in reckless disregard of Binkovich' rights with respect to any of the claims that you checked in Question 4-D?

        i.   Bruce Barthelemy:     Yes _____ No _____

        ii.  Louis Grondahl:       Yes _____ No _____

        iii. Terry Craig:          Yes _____ No _____

If you checked "Yes" for any defendant under Question 4-E, then answer Question 4-F as to that defendant only.
If not, **stop here, answer no further questions, and have the foreperson sign and date this form.**

     4-F.  What amount, if any, do you award in punitive damages?

              Bruce Barthelemy:     $ _____

              Louis Grondahl:      $ _____

              Terry Craig:          $ _____


**Have the foreperson sign and date this form.**


Signed: _____ Dated: _____

**United States District Court**
For the Northern District of California

Case No. 5:11-cv-03774-PSG
[SECOND PROPOSED] VERDICT FORM

6