UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ALEKSANDR BINKOVICH, ) | Case No. 5:11-cv-03774-PSG |
| ) | |
| Plaintiff, ) | **REVISED FINAL VERDICT FORM** |
| v. ) | |
| ) | |
| OFFICER BARTHELEMY, et al., ) | |
| ) | |
| Defendants. ) | |

**IT IS SO ORDERED.**

Date: April 28, 2014

_____
PAUL S. GREWAL
United States Magistrate Judge

1

Case No. 5:11-cv-03774-PSG
FINAL VERDICT FORM

## SECTION 1:  42 U.S.C. § 1983
VIOLATION OF FOURTH AMENDMENT – UNREASONABLE SEIZURE

We, the jury, unanimously answer the Questions submitted to us as follows:

    1-A.  Did any individual defendant intentionally seize Aleksandr Binkovich?

        i.   Bruce Barthelemy:        Yes _____   No _____

        ii.  Louis Grondahl:          Yes _____   No _____

        iii. Terry Craig:             Yes _____   No _____

If your answer to Question 1-A as to any defendant is "Yes," then answer Question 1-B for that defendant but for no others.
If you answered "No" to all defendants, go to Section 2.

    1-B.  Did the defendant have a reasonable suspicion that Binkovich was engaged in criminal conduct?

        i.   Bruce Barthelemy:        Yes _____   No _____

        ii.  Louis Grondahl:          Yes _____   No _____

        iii. Terry Craig:             Yes _____   No _____

If your answer to Question 1-B as to any defendant is "Yes," then answer Question 1-C.
If you answered "No" to all defendants, go to Section 2.

    1-C.  Was either the length or the scope of the seizure unreasonable?

        Yes _____   No _____

**GO TO SECTION 2.**

**SECTION 2:  42 U.S.C. § 1983**
VIOLATION OF FOURTH AMENDMENT – EXCESSIVE FORCE

We, the jury, unanimously answer the Questions submitted to us as follows:

2-A. Did any defendant use excessive force against Binkovich?

    i. Bruce Barthelemy:    Yes _____ No _____

    ii. Louis Grondahl:    Yes _____ No _____

    iii. Terry Craig:    Yes _____ No _____

If your answer to Question 2-A as to any defendant is "Yes," then answer Question 2-B for that defendant but for no others.
If you answered "No" to all defendants, go to Section 3.

2-B. Was Binkovich harmed by any defendant's excessive force?

    i. Bruce Barthelemy:    Yes _____ No _____

    ii. Louis Grondahl:    Yes _____ No _____

    iii. Terry Craig:    Yes _____ No _____

If your answer to Question 2-B as to any defendant is "Yes," then answer Question 2-C.
If you answered "No" to all defendants, go to Section 3.

2-C. Was any defendant's conduct a substantial factor in causing harm to Binkovich?

    i. Bruce Barthelemy:    Yes _____ No _____

    ii. Louis Grondahl:    Yes _____ No _____

    iii. Terry Craig:    Yes _____ No _____

**GO TO SECTION 3.**

Case No. 5:11-cv-03774-PSG
FINAL VERDICT FORM

3

**SECTION 3: 42 U.S.C. § 1983**
PUBLIC ENTITY LIABILITY – POLICY, PRACTICE OR CUSTOM

We, the jury, unanimously answer the Questions submitted to us as follows:

3-A. We, the jury, have answered:

"Yes" to one or more subparts of the following questions:

    i.    _____ Question 1-C (§ 1983 – Unreasonable Seizure)

    ii.    _____ Question 2-C (§ 1983 – Excessive Force)

OR

"No" to one or more subparts of the following question:

    i.    _____ Question 1-B (§ 1983 – Unreasonable Seizure)

If you checked any question under Question 3-A, then answer Question 3-B.
If not, **stop here, answer no further questions, and have the foreperson sign and date this form.**

3-B. In seizing and/or using excessive force against Binkovich, was any defendant acting pursuant to an expressly adopted official policy or longstanding practice or custom of the City of San Jose?

Yes \_\_\_\_\_ No \_\_\_\_\_

If your answer to Question 3-B is "Yes," then answer Question 3-C.
If your answer to Question 3-B is "No," go to Section 4.

3-C. Was the City of San Jose's policy or custom the moving force behind a deprivation of Binkovich's Fourth Amendment rights?

Yes \_\_\_\_\_ No \_\_\_\_\_

**GO TO SECTION 4.**

4
Case No. 5:11-cv-03774-PSG
FINAL VERDICT FORM

**SECTION 4:  42 U.S.C. § 1983**
PUBLIC ENTITY LIABILITY – FAILURE TO TRAIN

We, the jury, unanimously answer the Questions submitted to us as follows:

    4-A. Was the City of San Jose's training program inadequate to train its officers to properly handle usual and recurring situations?

        Yes _____ No _____

If your answer to Question 4-A is "Yes.", then answer Question 4-B.

If you answered "No," go to Section 5.

    4-B. Did the City of San Jose know, or should it have been obvious to it, that the inadequate training program was likely to result in a deprivation of Binkovich's Fourth Amendment rights?

        Yes _____ No _____

If your answer to Question 4-B is "Yes," then answer Question 4-C. If not, go to Section 5.

    4-C. Was the failure to provide adequate training the cause of the deprivation of Binkovich's Fourth Amendment rights?

        Yes _____ No _____

**GO TO SECTION 5.**

## SECTION 5: DAMAGES

We, the jury, unanimously answer the Questions submitted to us as follows:

    5-A. What is the total amount of damages, if any, suffered by Binkovich? Do not award duplicate damages for the same harm suffered from multiple claims.

        $ _____

    5-B. Did Binkovich use reasonable efforts to mitigate his damages?

        Yes \_\_\_\_\_ No \_\_\_\_\_

If your answer to Question 5-B is "No," then answer Question 5-C.
If your answer to Question 5-B is "Yes," go to Question 5-D.

    5-C. How much of Binkovich's damages could have been mitigated by Binkovich's reasonable efforts?

        $ _____

    5-D. We, the jury, have answered

        "Yes" to one or more of the following questions with respect to the following defendants:

            i. Question 1-C (§ 1983 – Unreasonable Seizure)

                \_\_\_\_\_ Bruce Barthelemy

                \_\_\_\_\_ Louis Grondahl

                \_\_\_\_\_ Terry Craig

            ii. Question 2-C (§ 1983 – Excessive Force)

                \_\_\_\_\_ Bruce Barthelemy

                \_\_\_\_\_ Louis Grondahl

                \_\_\_\_\_ Terry Craig

        OR

        "No" with respect to the following defendants on Question 1-B (§ 1983 – Unreasonable Seizure):

            \_\_\_\_\_ Bruce Barthelemy

            \_\_\_\_\_ Louis Grondahl

            \_\_\_\_\_ Terry Craig

If you checked any question for any defendant under Question 5-D, go to Question 5-E and answer as to each of the officers whom you checked.
If not, **stop here, answer no further questions, and have the foreperson sign and date this form**.

    5-E.  Did the officer(s) engage in malice, oppression, or in reckless disregard of Binkovich's rights with respect to any of the claims that you checked in Question 5-D?

        i.  Bruce Barthelemy:     Yes _____ No _____

        ii.  Louis Grondahl:      Yes _____ No _____

        iii.  Terry Craig:        Yes _____ No _____

If you checked "Yes" for any defendant under Question 5-E, then answer Question 5-F as to that defendant only.
If not, **stop here, answer no further questions, and have the foreperson sign and date this form.**

    5-F.  What amount, if any, do you award in punitive damages?

        Bruce Barthelemy:    $ _____

        Louis Grondahl:     $ _____

        Terry Craig:       $ _____

**Have the foreperson sign and date this form.**

Signed: _____ Dated: _____